IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BMO BANK, N.A.**                                                                                           **PLAINTIFF**

VS.                                             **3:24CV00018 JM**

**HOMETOWN PLASTICS, LLC;**
**SARA JO PERIDORE; RICK DEAN**
**PERIDORE, JR.; JO RENA LEHMAN;**
**SHERRY L. SPARKS; AC BISHOP SPARKS, JR.**                          **DEFENDANTS**

## DEFAULT JUDGMENT

Upon the Clerk of Court's entry of default against Defendants Hometown Plastics LLC, Sara Jo Peridore, Rick Dean Peridore, Jr., Jo Rena Lehman, Sherry L. Sparks and AC Bishop Sparks Jr., for their failure to plead or otherwise defend in this action; and Plaintiff BMO Bank N.A.'s motion for default judgment, docket # 13, judgment is entered as follows:

1. Judgment is entered in favor of Plaintiff BMO Bank N.A and against Defendants Hometown Plastics LLC, Sara Jo Peridore, Rick Dean Peridore, Jr., Jo Rena Lehman, Sherry L. Sparks and AC Bishop Sparks Jr.in the amount of $153,385.27, with costs and interest.

The Clerk is directed to close the case.

SO ORDERED, ADJUDGED AND DECREED, this 3rd day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE